UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| MYLA NICOLE BENNETT | : |
| | : CASE NO. 25-55648-JWC |
| Debtor. | : |
| | : |

**REPORT OF CHAPTER 7 TRUSTEE OF ASSETS AND
REQUEST FOR CLAIMS BAR DATE**

COMES NOW Michael J. Bargar, as Chapter 7 Trustee, and reports to the Court that he may recover assets for distribution to creditors and hereby requests that the Court set a bar date for claims.

Respectfully submitted this 3rd day of September, 2025.

|  |  |
|---|---|
|  | */s/ Michael J. Bargar* |
| 2987 Clairmont Rd, Ste 350 | Michael J. Bargar |
| Atlanta, GA 30329 | Georgia Bar No. 645709 |
| (404) 410-1220 | Chapter 7 Trustee |

12529321v1